UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FRED WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:17-CV-2187 RLW |
| | ) | |
| v. | ) | |
| | ) | |
| EDDIE BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the court on Plaintiff's Motion to Stay Discovery Pending the Resolution of Motions Before the Court, or in the Alternative, Motion for Amended Scheduling Order ("Motion to Stay"; ECF No. 74) and Plaintiff's 56(D) Motion to Dismiss or Defer Summary Judgment (ECF No. 103). Plaintiff's Motions sought relief from the scheduling order until the Court ruled on various discovery motions pending before the Court. On March 28, 2019, the Court extended Plaintiff's deadline for responding to Defendants' Motion for Summary Judgment until May 17, 2019. (ECF No. 108). On April 5, 2019, this Court ruled on the pending discovery motions. Therefore, the Court denies Plaintiff's Motion to Stay and Motion to Dismiss or Defer Summary Judgment, without prejudice, because the Court has ruled on the pending discovery motions and granted Plaintiff additional time to respond Defendants' Motion for Summary Judgment. Any further requests for relief or additional time should be filed as new motions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay Discovery Pending the Resolution of Motions Before the Court, or in the Alternative, Motion for Amended Scheduling

Order (ECF No. 74) and Plaintiff's 56(D) Motion to Dismiss or Defer Summary Judgment (ECF No. 103) are **DENIED** without prejudice.

Dated this 9th day of April, 2019.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**