# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FRED WATSON, | ) |
| Plaintiff, | ) No. 4:17-CV-2187 RLW |
| v. | ) |
| EDDIE BOYD, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Re-Open Discovery for Limited Purposes and for a Third Amended Case Management Order ("Motion to Re-Open"; ECF No. 116) and Plaintiff's Second Motion for Extension (ECF No. 117). In his Motion to Re-Open, Plaintiff requests that discovery be reopened for the limited purposes of conducting discovery related to the documents produced after the close of discovery by the Order of this Court. Defendants filed their response on April 30, 2019. On May 3, 2019, the parties filed a Joint Status Report (ECF No. 119), which the Court adopts herein.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Re-Open Discovery for Limited Purposes and for a Third Amended Case Management Order (ECF No. 116) and Plaintiff's Second Motion for Extension (ECF No. 117) are **GRANTED**, in part.

**IT IS HEREBY ORDERED** that the Joint Status Report (ECF No. 119) is **ADOPTED** by the Court. The parties agree that the following schedule shall apply:

a. Any additional discovery allowed by this Court shall be completed no later than **May 31, 2019**.

b. Any supplement to Defendants' Joint Motion for Summary Judgment shall be filed no later than **June 7, 2019**.

c. Opposition briefs shall be filed no later than **June 28, 2019**.

d. Reply briefs shall be filed no later than **July 15, 2019**.

e. Jury trial shall begin on **September 16, 2019**.

Dated this 3rd day of May, 2019.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**