| | |
|---|---|
| From: | Cole, J Raychelle (Ops - Mut Fds-Networking) <colej@stifel.com> |
| Sent: | Friday, July 27, 2012 11:34 AM |
| To: | Thomas Jackson; Richard Henke; Dennis McBride; Dan DeCarli; Ray Nabzdyk; Tim Zoll |
| Cc: | Police Department |
| Subject: | FOR THE CHIEF |

Dear Chief,

As a concerned citizen of Ferguson, I wanted to make sure that this has been brought to your attention (hopefully again).

On Tuesday, July 24, I attended a baseball game at Forestwood Park. I am at this park several times a week, baseball games and kickball games. I have seen my fair share of events at the park; from fights to car break-ins. I have even seen a recent issue so big that there were 10 cop cars called to the park, where they made a big scene but no arrest were made. That is why I am so upset with the actions that took place this previous week. **Over 10 cars were broken into, 25 car windows were broken, 1 door was popped open, 1 GPS was stolen and over 5 wallets with cash were also stolen.**

I understand that this can happen **ANYWHERE.** For me the problem is the actions of the on duty young cop named Vince. Every other time that I have been at the park, the on duty officer is an older gentleman, he checks on the concession stands from time to time. He also makes his rounds around the park several times a night. He always waives to people at the park and responds to any fights or issues in a quick timely manner.

This did not happen on Tuesday. Vince stood behind the bleachers during the entire 8:30 p.m. baseball game. He stood there and talked with people and watched the game, rather than protecting and serving the community. He was even told at one point of the night – "hey, your dog keeps barking in your car. Do you need to go check to see why he is barking?" – Vince simply replied "No" I believe this could have been when some of the car break-ins were happening. Perhaps the dog heard the glass shattering or even saw the people going from car to go. The fact that Vince never once went to his car or never once took a lap around the whole park is ridiculous. He should have been patrolling the entire park, not standing behind the bleachers talking people's ears off while we are trying to watch the game. I'm not placing the blame on him and I'm not saying he could have prevented this situation completely. **BUT** maybe, just maybe if he would have gotten in his car and at least taken one lap around the park, the suspects might have thought twice before they broke into more than 10 cars. I just hope that you as CHIEF, see something wrong with this, and possibly hold Vince responsible for the actions he did not take – he did not protect and serve at all that night. – **How embarrassing. I saw Vince do the exact thing again on Thursday. How can he just stand around for 2 HOURS????!?!!?!?!**

Here are the issues; can you please let me know what is going to be done about this?.

1. Once we noticed the cars were broken into, Vince the officer who stood around the whole night was also the same cop who wrote up the reports. I feel that is a little odd, what if he doesn't turn in all the reports?
2. It took 20 mins for the next officer to arrive and start making out reports.
3. Credit cards that were stolen were used almost instantly. Can't you go to Quick Trip and request the tapes??? We need to catch these people, take them off the streets and make sure justice is served.

FERG-WAT 01064

4. Is it possible to make sure the office on duty at the park does MORE patrolling of the ENTIRE park?

I love Ferguson, and have many family and friends here, I just wish something more could be done by our officers to really protect and serve the citizens. I think it is terrible that I had to pay $425 dollars to have 2 of my car windows replaced; the $425 doesn't even calculate the charges on my credit card. This is a very serious matter. I remember the same thing happened last summer at the park – car break-ins. Also I remember the shooting that happened last summer at the basketball courts. Maybe the basketball courts are the problem? Maybe there should be a security officer on duty at the basketball courts? Please let me know what the city plans on doing about the car break-ins.

Thank you for your time.

*****************************************************************************

All electronic messages sent and received by Stifel Nicolaus Associates are subject to review by Stifel Nicolaus.  Stifel Nicolaus may retain and reproduce electronic messages for state, federal, or other regulatory agencies as required by applicable law.
IMPORTANT: Please do not use e-mail to request or authorize the purchase or sale of any security or commodity, send fund transfer instructions, or otherwise conduct any securities transactions.  Any requests, orders, instructions, or time-sensitive messages sent by e-mail cannot be accepted or processed by Stifel Nicolaus.  The accuracy of any information sent by Stifel Nicolaus through e-mail cannot be warranted or guaranteed by Stifel Nicolaus or its affiliates.

Stifel, Nicolaus & Company, Incorporated
Member NYSE & SIPC
Headquarters:  501 N. Broadway, St. Louis, MO   63102
314-342-2000

Stifel Nicolaus Canada Inc.
Member IIROC & CIPF
Headquarters: 79 Wellington St W, 21st Floor, Toronto, ON M5K 1B7
416-815-0888

*****************************************************************************

**FERG-WAT 01065**