# Ferguson Police Department

222 S Florissant Road, Ferguson, MO 63135

11/20

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 08/01/2012 2017 | FAILURE TO OBEY, OBSTRUCTING, RESISTING, ETC. CITY OFFICIAL | 12-14370 | CLEARED BY ARREST |

**Offense Location**

| Street Address | | City | State | Zip Code |
|---|---|---|---|---|
| 825 FERGUSON AVE | | FERGUSON | | |
| Sector | Precinct | Geo | Ward | Latitude | Primary Location |
| 4 | 1 | 134.0 | | | |
| Neighborhood | | Jurisdiction | | Longitude | Secondary Location |

**Dispatch Information**

| Received Date / Time | Call Received Via | Dispatched Date / Time | Call Dispatched As |
|---|---|---|---|
| 08/01/2012 2017 | | 08/01/2012 2017 | 6100 TRAF VIOL |
| Arrived Date / Time | Departed Date / Time | Offense Category | TTY Ref.# | | TeleType Operator |
| 08/01/2012 2017 | 08/01/2012 2210 | | | | |

**Officers**

| ID | Name | Role | Primary | Arrived Scene | Departed Scene |
|---|---|---|---|---|---|
| 590 | PO Eddie Boyd III 590 | REPORTING | ☑ | | |
| 296 | PO/K9 Gregory Casem 296 | | ☐ | | |
| 486 | PO Todd Mink 486 | | ☐ | | |

**Charge**

| Cause Number | Local Code | Jurisdiction | State Statute Type/Class | State Charge Code | Category |
|---|---|---|---|---|---|
| FAILURE TO OBEY, OBSTRUCTING, RESISTING, ETC. CITY OFFICIAL | | | | | |
| | 29.16 | FERGUSON PD | | | |
| MAKING FALSE DECLARATION (M) | | | 575.06 M B | 2910099 | |

**Offense Investigative Narrative**

On 8-1-12 at 2017 hours while patrolling Forest wood Park, located at 825 forest wood, I observed a:

Black 2011 Buick 4door sedan

| Reporting Officer | 590 PO Eddie Boyd III 590 | Approving Officer ( I ) ( Cover Pages Only ) |
|---|---|---|
| Approving Officer ( II ) ( Cover Pages Only ) | | |

Page 1 of 4         Printed 10/30/2012 1110

© 1994 - 2012, Information Technologies, Inc. http://www.itiusa.com

WATSON_00041

# Ferguson Police Department

222 S Florissant Road, Ferguson, MO 63135

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 08/01/2012 2017 | FAILURE TO OBEY, OBSTRUCTING, RESISTING, ETC. CITY OFFICIAL | 12-14370 | CLEARED BY ARREST |

Vine: 1G4GE5EDXBF279655

idling with the headlights on, no front plate, heavy tinted windows and windshield, backed into a parking space along the tree line. The vehicle was facing the obstacle course where several small children were playing unsupervised. As I approached the vehicles location I could make out a subject moving around inside. It should be noted we have had several car break-ins in the above mentioned location with a black vehicle tinted windows.

I exited my marked patrol vehicle and approached the driver's side door where I made contact with the driver, who identified himself as:

Fred Watson
6' 0", 197 lbs
1924 W. Laura
Pensacola, FL.

And advised him of the violations and my observations. I requested his driver's license and proof of insurance to which he advised he did not have his license on him and his insurance card was somewhere in the vehicle he did not know where it was.

Watson became enraged as I attempted to retrieve his pedigree information. He advised he was not doing anything wrong and I had no right to bother him. He said I was violating his 5th Amendment right after I instructed him not to use his cell phone while he was detained for officer safety reasons.

Upon arrival of my assists, PO Todd Mink, DSN 486, I instructed Watson to exit the vehicle so I could pat him down for weapons. He refused to exit the vehicle and after the 5th time of instructing him to exit the vehicle he was advised he was under arrest for "Fail to Obey an Officer" and that if he didn't exit the vehicle he would be tased. He raised his window up and moments later reluctantly exited the vehicle where he was taken into custody and all resisting ceased. After placing him into handcuffs he kicked his driver's door closed in an attempt to lock it as if he were trying to conceal something. The door did not lock and a search incident to arrest revealed his real name was:

Freddie Watson
115 Monteith
St. Louis, MO 63137

| Reporting Officer   590   PO Eddie Boyd III 590 | Approving Officer ( I ) |
|---|---|
| | ( Cover Pages Only ) |
| Approving Officer ( II ) | |
| ( Cover Pages Only ) | |

# Ferguson Police Department

222 S Florissant Road, Ferguson, MO 63135

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 08/01/2012 2017 | FAILURE TO OBEY, OBSTRUCTING, RESISTING, ETC. CITY OFFICIAL | 12-14370 | CLEARED BY ARREST |

5'11, 175 lbs

Watson was additional charged with making a 'False Statement'. It should be noted a REJIS computer check of Freddy Watson revealed no record of an operator's license through Florida, Illinois, or Missouri.

A REJIS computer check of Freddie Watson revealed an 'Expired Operators License' through Missouri that had not been surrendered to another state.

He was conveyed to the Ferguson P.D. where he was booked accordingly.

### Reporting Party / Complainant

| Name (Last, First Middle Suffix) | Race | Sex | DOB | Age | Juvenile | SSN | Moniker |
|---|---|---|---|---|---|---|---|
| OFFICER BOYD, | | F | | | | | |

**Address**

| Type | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| | | FERGUSON | MO | 63135 | USA |

**Phone Numbers**

| Type | Phone | Ext/PIN | Type | Email Address |
|---|---|---|---|---|
| BUSSINESS | | 5590 | | |

### Other Entity

| Name | Type | | Rel. to Sus. |
|---|---|---|---|
| CITY OF FERGUSON | GOV'T | ☑ Willing to Prosecute | UNKNOWN |

**Address**

| Type | Street | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| | 110 CHURCH ST | FERGUSON | MO | 63135 | |

**Phone Numbers**

| Type | Phone | Ext/PIN | Type | Email Address |
|---|---|---|---|---|
| BUSINESS | (314) 524-5173 | | | |

### Suspect Information

| Name (Last, First Middle Suffix) | Race | Sex | DOB | Age | Juvenile | SSN | Moniker |
|---|---|---|---|---|---|---|---|
| WATSON, FREDDIE | B | M | | 32 | | | |

| Reporting Officer | 590 PO Eddie Boyd III 590 | Approving Officer ( I ) (Cover Pages Only) |
|---|---|---|
| Approving Officer ( II ) (Cover Pages Only) | | |

Page 3 of 4        Printed 10/30/2012 1110

© 1994 - 2012. Information Technologies Inc. http://www.itiusa.com

WATSON_00043

# Ferguson Police Department

222 S Florissant Road, Ferguson, MO 63135

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 08/01/2012 2017 | FAILURE TO OBEY, OBSTRUCTING, RESISTING, ETC. CITY OFFICIAL | 12-14370 | CLEARED BY ARREST |

### Address

| Type | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
|  |  | ST. LOUIS | ND |  |  |

### Physical Description

| Height | Weight | Build | Skin Color | Complexion | Eyes | Type of Eyewear |
|---|---|---|---|---|---|---|
| 511 | 175 |  |  |  | BROWN |  |

| Hair | Hair Length | Hair Style | Beard | Mustache | Side Burns | Mannerisms |
|---|---|---|---|---|---|---|
| BLACK |  |  |  |  |  |  |

Voice            Teeth            Deformities

### Place of Birth

| City | State |
|---|---|
|  |  |

Country

☐ Drugs  ☐ Alcohol  ☐ Suspect Identified  ☐ Suspect Located  ☐ Suspect Near Scene  ☐ Serious Repeat Offender

### Vehicle

| Veh. Year | Make | Model | Veh. Desc. | Veh Style | VIN |
|---|---|---|---|---|---|
| 2011 | BUIC | SADAN |  |  | 1G4GE5EDX6F279655 |

| Tag | Tag Year | Tag Month | Veh Color-Top | Veh Color-Bottom | Veh Type | Veh Value | Veh Status |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | $0.00 |  |

### Vehicle Owner

| Name | Phone | Ext. | EMail |
|---|---|---|---|
|  |  |  |  |

| Street No. | Dir | Street/Rt | Apt/Suite | City | St. | Zip |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

### Location Information

☐ Stolen  ☐ Impounded  ☑ Towed  ☐ Recovered  ☐ Recovered Non-Locally

| Tow Company | Tow Phone | Tow Phone Ext. | Tow Tag | Tow Fee |
|---|---|---|---|---|
| FERGUSON SUPER | (314) 869-0050 |  |  | $0.00 |

| Reporting Officer | 590 | PO Eddie Boyd III 590 | Approving Officer ( I ) (Cover Pages Only) |
|---|---|---|---|

| Approving Officer ( II ) (Cover Pages Only) | |
|---|---|

Page 4 of 4          Printed 10/30/2012 1110

© 1994 - 2012. Information Technologies Inc. http://www.itiusa.com

WATSON_00044