# Exhibit 12 - REDACTED

**STEPHANIE KARR  12/6/2018**

## Page 1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF MISSOURI
                            EASTERN DIVISION
 3                              --oOo--
 4
 5    FRED WATSON,              )
                               )
 6       Plaintiff       )
                               )
 7          vs.        )Case No. 4:17-CV-2187
                               )
 8    EDDIE BOYD III, et al.,    )
                               )
 9       Defendants.         )
      _____ )
10
11                     DEPOSITION OF
12                    STEPHANIE KARR
      _____
13                  December 10, 2018
14
15
16                (Beginning at 9:10 a.m.)
17
18
19
20
21
22
23
24
25
```

## Page 2

```
 1                          INDEX
 2                                       PAGE
 3
 4    EXAMINATION BY MR. WALDRON .....................6
 5    EXAMINATION BY MS. GRAVES ....................242
 6    FURTHER EXAMINATION BY MR. WALDRON ...........246
 7                        EXHIBITS
 8    Exhibit 1  Notice of deposition          7
 9    Exhibit 2  Documents labeled KARR-WATSON 1   122
10       to KARR-WATSON 19
11    Exhibit 3  Section 29-21 of the Ferguson    142
12       Code of Ordinances
13    Exhibit 4  Selection of documents from the   157
14       City of Ferguson
15    Exhibit 6  Document Bates stamped FERG-WAT   191
16       00269
17    Exhibit 7  Document Bates stamped         194
18       KARR-WATSON 22
19    Exhibit 8  Document Bates stamped  WATSON   197
20       00602
21    Exhibit 9  Document Bates stamped  WATSON   199
22       00598
23    Exhibit 10  Document Bates stamped WATSON   202
24       00187
25    Exhibit 11  Document Bates stamped FERG-WAT   203
```

## Page 3

```
 1       255 to 257
 2    Exhibit 12  Document Bates stamped WATSON    204
 3       00780
 4    Exhibit 13  Document Bates stamped WATSON    207
 5       00169
 6    Exhibit 14  Document Bates stamped FERG-WAT   223
 7       1079 and 1080
 8    Exhibit 15  Document Bates stamped FERG-WAT   225
 9       01411 to 01412
10    Exhibit 16  Document Bates stamped WATSON    231
11       0199
12    Exhibit 17  Excerpt of the Department of      239
13       Justice report
14    (The original exhibits were retained by the court
15    reporter and will be copied and attached to copies
16    of the transcript.)
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF MISSOURI
                            EASTERN DIVISION
 3                              --oOo--
 4
 5    FRED WATSON,              )
                               )
 6       Plaintiff       )
                               )
 7          vs.        )Case No. 4:17-CV-2187
                               )
 8    EDDIE BOYD III, et al.,    )
                               )
 9       Defendants.         )
      _____ )
10
11                              --oOo--
12          DEPOSITION OF STEPHANIE KARR, produced,
13    sworn, and examined on Monday, December 10, 2018,
14    taken on behalf of the Plaintiff, at the offices of
15    Curtis, Heinz, Garrett & O'Keefe, 130 S. Bemiston,
16    Suite 200, in the City of St. Louis, State of
17    Missouri, before RENEE COMBS QUINBY, a Certified
18    Court Reporter (MO), Certified Shorthand Reporter
19    (IL) #084-004867, Certified Shorthand Reporter (CA)
20    #11867, Registered Diplomate Reporter, Certified
21    Realtime Reporter, and a Notary Public within and
22    for the State of Missouri.
23
24
25
```

1 (Pages 1 to 4)

**STEPHANIE KARR  12/6/2018**

---

Page 121

1    all or you kept them all up here.  And so if the --
2    if the cases were remanded, all of the charges were
3    remanded.
4         Q.   Do you know what those charges were?
5         A.   I remember there were some traffic
6    charges, failure to comply, and false declaration,
7    if I remember correctly.  That's just based on
8    memory.
9         Q.   Do you know any specific traffic
10   charges that were -- that would have been remanded
11   back to the City of Ferguson?
12        A.   No.  Something about a driver's
13   license, tinted windows.  I do remember that one.
14   Those were among the 2013 charges.  There was a
15   charge going back to 1998 that had been resolved.  I
16   don't remember the traffic charges that were a part
17   of the 2013 certified case.
18        Q.   And do you know what was amended or
19   what charges -- what the charges were amended to?
20        A.   The traffic charges I would have
21   amended to illegal parking because that's what I
22   always do, especially with minor traffic violations
23   nowadays.
24            For those if I'm going to amend charges
25   that are not traffic violations, then I amend those

---

Page 122

1    to littering, and I imagine that I would have done
2    the exact same thing back then.  It would all be
3    reflected in the court order.
4         Q.   Okay.  I'm going to pass you what I'll
5    mark -- what I'll mark as Exhibit 2.
6              (Exhibit 2 was marked for
7              identification.)
8    BY MR. WALDRON:
9         Q.   And these are documents labeled
10   KARR-WATSON 1 to KARR-WATSON 19.
11        A.   Okay.
12        Q.   Do you know what this first -- this
13   first page that says KARR-WATSON 1, do you know what
14   this is?
15        A.   Yeah.  This is the file of -- photocopy
16   of the file that my legal assistant prepares for me
17   in certified cases.  This is the way that Cindy does
18   it.
19        Q.   And do you know whose handwriting that
20   is that says "Case certified 7/5/13"?
21        A.   I don't.  It's not mine.
22        Q.   It's not your handwriting?
23        A.   No, it kind of looks like Cindy's, but
24   it kind of looks like it -- I don't know.
25        Q.   And where do you keep those files now?

---

Page 123

1         A.   Here at my office.
2              MS. DIMOND:  Do you mean the ones that
3    are currently certified or the old files?
4              MR. WALDRON:  The old certified files.
5              THE WITNESS:  Oh.  Old certified files
6    that have been closed out?
7    BY MR. WALDRON:
8         Q.   Like this one, for instance.
9         A.   My office has a contract for off-site
10   storage, and so they're boxed up periodically by my
11   legal assistant Cindy and she keeps a record of them
12   and then they're sent to off-site storage.
13        Q.   So when you went to produce this
14   responsive to our subpoena, you would have gone and
15   had somebody grab it from the off-site storage?
16        A.   My legal assistant called over there
17   and arranged for it to be brought back.
18        Q.   Okay.
19        A.   Uh-huh.
20        Q.   Can you turn to page 4, please.
21        A.   Yes.
22        Q.   What -- what would you call this
23   document?  Do you know what this document is?
24   You've used a few different terms.  Is there a
25   specific term for this document?

---

Page 124

1         A.   I don't know what this document is.  It
2    was faxed to me by the court clerks over at Ferguson
3    on January 22nd, 2015.  It came from their fax.
4    There's also a January 23rd, 2015.  I'm not quite
5    sure which one is the right date, but it was faxed
6    to me because this is my fax number up at the top,
7    725-8789, attention S. Karr.
8         Q.   And do you know why it was faxed to
9    you?
10        A.   I was probably responding to one of
11   those inquiries about the status of the case.  And
12   given that I didn't know the status of the case in
13   municipal court and I didn't have the municipal
14   court file, I probably asked for information on it.
15        Q.   Do you know, was this a type of
16   document that was generally in the court files?
17        A.   This looks like a computer-generated
18   document to me.  I don't know about the court's case
19   management system because I don't use it, so I don't
20   know what fields you would have asked to be printed.
21   All I know is I asked for information on it in order
22   to try and respond to a letter, and this is what was
23   faxed to me.
24        Q.   So this is not the -- is anything here
25   your handwriting?

---

## STEPHANIE KARR  12/6/2018

Page 141

```
 1    reviewed cases, then his stamp would be used.  He
 2    could also use his stamp.  Also I recall that he had
 3    been there for years prior to me so his stamp was
 4    used on a lot of cases when Marty Barnholtz was not
 5    there.
 6          MS. GRAVES:  I would just interject
 7    into the record that we've produced the copy with
 8    the stamp that she's talking about.  It's in the
 9    prosecutor's file that was produced by the City of
10    Ferguson.
11          MR. WALDRON:  Okay.  Thank you.
12          MS. GRAVES:  You have it.
13          MR. WALDRON:  Okay.
14          MS. GRAVES:  Just so there's no mystery
15    on what document this is.
16          MR. WALDRON:  I appreciate that.  I
17    would have brought it.
18       Q.   Does this describe to you a violation
19    of the -- or does this describe to you any municipal
20    ordinance violation?
21       A.   The first one certainly does.
22       Q.   What's the first one?
23       A.   The false statement.  Watson gave a
24    false name after advising he did not have his
25    identification on him.  It's sometimes referred to
```

Page 142

```
 1    as false declaration or something.  It's when you
 2    provide false information to a police officer in
 3    order to hinder some type of investigation or stop.
 4          I'm not so sure -- I don't know -- I
 5    don't think that the second sentence refers to a
 6    second charge.  I doubt if I would have issued a
 7    second charge of -- based on the sentence, "He later
 8    said his military ID was in the vehicle he tried to
 9    secure before being taken into custody."  I just see
10    that as extra information, and I don't think that
11    that supports a second charge of false declaration.
12       Q.   Do you think that on its own would
13    support a charge for false declaration?
14       A.   The second sentence?
15       Q.   Yes.
16          MS. GRAVES:  Objection.  Calls for a
17    legal conclusion.
18          THE WITNESS:  I just said no.
19          BY MR. WALDRON:
20       Q.   I'm sorry.  I apologize.
21       A.   Yeah.
22       Q.   So I'm going to mark this as Exhibit 3.
23             (Exhibit 3 was marked for
24             identification.)
25
```

Page 143

```
 1          BY MR. WALDRON:
 2       Q.   This is --
 3          MS. DIMOND:  There's two here.
 4          BY MR. WALDRON:
 5       Q.   Can you tell me which of these
 6    violations took place in this complaint?
 7       A.   Well, this is false reports, and I'm
 8    not quite sure that you're looking at the right
 9    section number.
10       Q.   Okay.
11       A.   Because there should be two different
12    section numbers, at least the way that I remember
13    it.  There should be a different section dealing
14    with false statements to police during the course of
15    an investigation or a stop.
16          So false reports is basically where,
17    you know, you -- let's say that you're really angry
18    at your ex-girlfriend and so you call up and you
19    say, Oh, my gosh, you know, she's over here and
20    waving a gun around, something like that.  False
21    declaration is a separate thing.
22       Q.   Okay.
23       A.   So I don't think that -- I don't think
24    that you are showing me the right section number.
25    I'd have to check the municipal code.
```

Page 144

```
 1       Q.   Okay.  Do you know how -- so this was
 2    the complaint and you stamped it.  Do you know who
 3    decides what to -- what charges to issue, because I
 4    don't see a specific charge here.
 5       A.   What page is that again?
 6       Q.   112.
 7       A.   Well, it does say "False Statement" up
 8    there.  And that's normally what the ordinance was
 9    referred to, or false declaration or something like
10    that.
11       Q.   So false declaration?
12       A.   Yeah.
13       Q.   So you think this would have been
14    charged as a false declaration?
15       A.   Yeah, and what this should say is --
16    and under Rule 37 I can amend this at any time, but
17    probably what should have happened is that put in,
18    in violation of section blah, blah, blah, other
19    revised code of the City of Ferguson 1998, the
20    section number should have been in there.
21       Q.   For each complaint should the ordinance
22    or section number be in there?
23       A.   Under the current rule, yes, it should
24    be.
25       Q.   What about back in 2012?
```

**ALARIS LITIGATION SERVICES**
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

**City of Ferguson**
vs. WATSON, Freddie D.
Case No. 13SL–MU00651
(Certified Case)
10-08-79

Case Certified 7/5/13

**City of Ferguson**
vs. WATSON, Freddie D.
Case No. 13SL–MU00651
(Certified Case)

EXHIBIT 2
WIT: Karr
DATE: 12/10/18
Renee Quimby, RDR, CRR

**KARR-WATSON 1**

CURTIS,   HEINZ,   GARRETT   &   O'KEEFE,   P.   C.
ATTORNEYS AT LAW
130 SOUTH BEMISTON, SUITE 200
ST. LOUIS, MISSOURI 63105
(314) 725-8788

STEPHANIE E. KARR
PRINCIPAL
FAX (314) 725-8789                          SKARR@LAWFIRMEMAIL.COM

January 26, 2015

Mr. Bevis Schock
7777 Bonhomme
Suite 1300
St. Louis, Missouri 63105-1911

Re:    Ferguson Municipal Court Cases involving Freddie Watson

Dear Mr. Schock:

      I have reviewed the electronic records for all cases involving Freddie Watson in the Ferguson Municipal Court. The earliest such record was dated 1998 and I reviewed the records from that date to the present.

      Those cases include:

> Speeding
> No Operators License in Possession (which was amended to Illegal Parking)
> No Proof of Insurance (which was amended to Illegal Parking)
> Window Tint (which was amended to Illegal Parking)
> Failure to Register Vehicle
> Seat Belt Violation
> Failure to Appear
> Failure to Comply (which was amended to Littering)
> False Declaration (which was amended to Littering)

      In addition, cases involving No Current Inspection Sticker, Driving while Revoked/Suspended and other Failures to Appear have been dismissed.

      All fines have been paid. Mr. Watson does not owe any amount to the City of Ferguson as of the date of this letter.

      I believe that this information fully responds to your request of last Thursday.

Very truly yours,

Stephanie Karr

Stephanie E. Karr

**KARR-WATSON 2**

In the
# CIRCUIT COURT
### Of St. Louis County, Missouri

Plaintiff(s) _City of Ferguson_

vs.

Defendant(s) _Freddie Watson_

Date _8-15-13_

Case Number _13SL-MU00651_

Division _40_

For File Stamp Only

# FILED
AUG 1 5 2013

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

## CERTIFIED TRAFFIC/CRIMINAL PRE-TRIAL MEMORANDUM

Cause called for trial, parties appear by and through their attorney(s) as set forth below:

☐ Trial by jury waived by Defendant.

☐ Charge  (Count _____) amended to _____.
Count _____ amended to _____.

☐ Defendant enters a plea of guilty to the (amended) charge(s).

☐ (As to Count _____) Fine assessed at $ _____ plus the court costs. (Stay of execution to ____.)

☐ (As to Count _____) Imposition of sentence suspended, defendant placed on _____ months bench probation. (Defendant to pay the costs as condition of probation within 30 days.)

☐ Charge  (Count_____) nolle prosequi by the city/state.
Count_____ nolle prosequi by the city/state.
Count_____ nolle prosequi by the city/state.

☐ Cause Continued to :
  ☐ _____ at _____ a.m./p.m. for (sentencing).
  ☐ _____ at _____ a.m./p.m. for jury waived trial.  (Estimated time ____ hours/days.)
  ☐ _____ at _____ a.m./p.m. for jury trial.  (Estimated time ____ hours/days.)
  ☐ Certified Trial Docket the week of _____.  (Estimated time ____ hours/days.)

☐ Cause Called. (City/State/Defendant/Parties) fail to appear.
  ☐ Cause dismissed for failure to prosecute.
  ☐ Application for Trial De Novo dismissed for failure to prosecute, previous judgment reinstated.
  ☐ Court orders a warrant for the arrest of the defendant. Bond set at $ _____. (Cash only, no recog.)
☒ Other: _Cause remanded to municipal court._

**SO ORDERED:**

Judge

Entered: _____

Attorney for City/State    Bar No.

_____, MO

Phone _314-725-8788_

Appearances:
Defendant _R. Rudee  29341_
Attorney for Defendant    Bar No.
_611 N. 10 St Suit 58 0_
_St Louis, Mo._    MO _63101_
Phone _314- 621- 1744_

**KARR-WATSON 3**

CCCM64  Rev. 12/02     WHITE- File     YELLOW- Plaintiff's Attorney     PINK- Defendant's Attorney     GOLDENROD- Other

725-8789  Attn: S. Karr

Closed Cases

| Last Name | Age | Sex | Street Name | First Name | Middle Name | DL No | Lic. | State | City | | Sex | License Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WATSON | | | | FREDDIE | D | | B | MO | | | M | |

| DOB | | | | | | Operator's License | | State | | | | |
| 10/08/1979 | | | | 55 | | G208010015 | | MO | | | | |

| Dr No | Dr | | Street Name | | | Apt | | | City | | | Zip Code |
| 115 | | | MONTEITH | | | | | | ST. LOUIS | | | 63137 |

Court Cases

| Case No | Sx | Summons Dt | Offens Code | Description | Court Date | Spec Limit | Office ID |
|---|---|---|---|---|---|---|---|
| 111787144 | C | 08/01/2012 | NOLP | DRIVING WITHOUT OPERATORS LICENSE IN P... | FIP | Pd. $177 | |
| 111787145 | C | 08/01/2012 | NI | FINANCIAL RESPONSIBILITY REQUIRED | FIP | Pd. 192 | |
| 111787146 | C | 08/01/2012 | | VISION-REDUCING MATERIAL APPLIED TO WIN... | AIP | Pd. 172 | |
| 111787147 | C | 08/01/2012 | FTR | FAILURE TO REGISTER VEHICLE WITH DIRECT... | | Pd. 102 | |
| 111787148 | C | 08/01/2012 | NIS | STATE SAFETY & EMISSION TESTING; INSPECT... | NP | | |
| 111787149 | C | 08/01/2012 | NSB | SEAT BELTS REQUIRED | | Pd. 10 | |
| 11787150 | C | 08/01/2012 | | DRIVING WHILE LICENSE OR DRIVING PRIVILE... | D | Pd. 17 | |
| 20137596 | C | 10/29/2013 | FTA | FAILURE TO APPEAR | | Pd. 167 | |
| 20142059 | C | 04/04/2014 | FTA | FAILURE TO APPEAR | | Pd. 102 | |
| 98021813 | C | 08/10/1998 | SH | SPEED LIMITS UPON STATE ROADS/HIGHWAYS | | Pd. 30 | 849 |

150 – certified, came back, dismissed

FTC R124370 False Declaration FCA Welfare

KARR-WATSON 4

JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY CIRCUIT COURT
7900 CARONDELET AVENUE
CLAYTON, MISSOURI 63105 -1766

SPECIAL NEEDS: If you have special needs addressed by the American With Disabilities Act, please notify the Circuit Clerk's Office at 314/615-8029, Fax 314/615-8739, or TTY 314/615-4567, at least three business days in advance of the court proceeding.

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

CASE NUMBER: 13SL-MU00651
PLAINTIFF: CITY OF FERGUSON
DEFENDANT: WATSON, FREDDIE D

COURT DATE: AUGUST 15, 2013
COURT TIME: 01:30 PM
DIVISION: DIVISION 40

CERTIFIED DOCKET – SETTING NOTICE

THIS IS TO ADVISE YOU THAT THIS CASE IS SET ON THE "CERTIFIED" CALL DOCKET FOR TRIAL. YOU MUST APPEAR IN THE DIVISION ON THE DATE AND TIME PRINTED ABOVE. CASES SUBJECT TO TRIAL WILL BE SCHEDULED THE FOLLOWING WEEK.

ALL JURY INSTRUCTIONS MUST BE TENDERED TO THE COURT BEFORE TRIAL.

JOAN GILMER, CIRCUIT CLERK



13SL-MU00651      DIVISION 40      JULY 18, 2013
STEPHANIE E. KARR
SUITE 200 130 SOUTH BEMISTON
ST LOUIS, MO 63105

SV/205

**KARR-WATSON 5**

# IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

City of Ferguson
City/County _____ (Plaintiff)

222 S. Florissant
Court Address

Ferguson MO 63135
City/State/Zip Code

314.524.5264
Telephone Number

VS

Freddie Watson
Defendant's Name

115 Monteith
Address

St. Louis MO. 63137
City/State/Zip Code

757-348-8863
Telephone Number

## MUNICIPAL DIVISION FILING MEMORANDUM

[X] The above named defendant requests that this case be Certified to the Circuit Court:

- [ ] APPLICATION FOR TRIAL DE NOVO (Rule 37.71, Section 479.200 RSMo.) Date of Judgment _____
- [X] CERTIFICATION FOR JURY TRIAL (Rule 37.61, Section 479.130 RSMo.)

- [ ] Attached all Original Pleadings, Complaint and/or Information (tickets), and other papers. Transmit all papers with this filing MEMORANDUM. (Please Do Not Forward Filing Folders.)

[X] ATTORNEY INFORMATION:

Stephanie Karr                          39593
Municipal Prosecuting Attorney          Bar Number

Freeman Bosley                          29341
Defendant's Attorney                    Bar Number

- [ ] Pro Se

[X] ORDINANCE VIOLATION(S) CHARGED:

| Description | Ordinance # |
|---|---|
| CT. 1 No Operators License in Possession | 44-81 |
| CT. 2 No Proof of Insurance | 44-66 |
| CT. 3 Tinted Window Ordinance | 44-404 |

Please attach extra sheet, if additional violation charged.

- [ ] A SEPARATE FILING FEE IS REQUIRED FOR EACH CASE FILED OR INCLUDE AN ORDER BY THE JUDGE CONSOLIDATING ALL CASES.
- [ ] COST DEPOSIT: ALL CHECKS OR MONEY ORDERS shall be made PAYABLE to the ST. LOUIS COUNTY CIRCUIT CLERK.
  - [ ] $65.00 for TRIAL DE NOVO (Local Rule 69.3)
  - [ ] $85.00 for JURY TRIAL (Local Rule 69.1)
  - [ ] FEE WAIVER (FORMA PAUPERIS) (Local Rule 69.4)
- [X] BOND ENCLOSED:
  - [X] Cash Amount $700.00 Check No. 21556
  - [ ] Property
  - [ ] Surety

By _Mary Ann Smith_   7/5/2013
Deputy Clerk/Court Clerk   Date

---

TO BE COMPLETED BY CIRCUIT CLERK AND RETURNED TO MUNICIPAL DIVISION

Division Assigned _____   Case No. _____   First Court Date _____

CCCM65 6/93          WHITE - File          KARR-WATSON 6
                                           YELLOW - Municipal Division

# IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

City Of Ferguson (Plaintiff)
City/County
222 S. Florissant
Court Address
Ferguson. MO. 63135
City/State/Zip Code
314-524-5264
Telephone Number

VS

Freddie Watson
Defendant's Name
115 Monteith
Address
St. Louis. MO. 63137
City/State/Zip Code
757-348-8863
Telephone Number

## MUNICIPAL DIVISION FILING MEMORANDUM

☒ The above named defendant requests that this case be Certified to the Circuit Court:
  ☐ APPLICATION FOR TRIAL DE NOVO (Rule 37.71, Section 479.200 RSMo.)  Date of Judgment _____
  ☒ CERTIFICATION FOR JURY TRIAL (Rule 37.61, Section 479.130 RSMo.)
☐ Attached all Original Pleadings, Complaint and/or Information (tickets), and other papers.  Transmit all papers with this filing MEMORANDUM.  (Please Do Not Forward Filing Folders.)

☒ ATTORNEY INFORMATION:
  Stephanie Karr                                    39593
  Municipal Prosecuting Attorney          Bar Number
  Freeman Bosley                                  29341
  Defendant's Attorney                        Bar Number
  ☐ Pro Se

☒ ORDINANCE VIOLATION(S) CHARGED:
            Description
  CT. 1  Speeding  error Ka        Ordinance #  44-122  error Ka
  CT. 2  Failure to Obey                       29-16
  CT. 3  False Declaration                     29-16
  Please attach extra sheet, if additional violation charged.

☐ A SEPARATE FILING FEE IS REQUIRED FOR EACH CASE FILED OR INCLUDE AN ORDER BY THE JUDGE CONSOLIDATING ALL CASES.
☐ COST DEPOSIT:  ALL CHECKS OR MONEY ORDERS shall be made PAYABLE to the ST. LOUIS COUNTY CIRCUIT CLERK.
  ☐ $65.00 for TRIAL DE NOVO (Local Rule 69.3)
  ☐ $85.00 for JURY TRIAL (Local Rule 69.1)
  ☐ FEE WAIVER (FORMA PAUPERIS) (Local Rule 69.4)
☒ BOND ENCLOSED:
  ☒ Cash Amount  $700.00    Check No. 21556
  ☐ Property
  ☐ Surety

                                                   MaryAnn Smith
                                          By  Court Clerk.        7/5/13
                                              Deputy Clerk         Date

---

### TO BE COMPLETED BY CIRCUIT CLERK AND RETURNED TO MUNICIPAL DIVISION

Division Assigned _____    Case No. _____        FKCRRDWATSON 7

CCCM65 6/93              WHITE - File              YELLOW - Municipal Division

# IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

City of Ferguson
**City/County** _(Plaintiff)_
222 S. Florissant
**Court Address**
Ferguson, MO. 63135
**City/State/Zip Code**
314-524-5204
**Telephone Number**

VS

Freddie Watson
**Defendant's Name**
115 Monteith
**Address**
St. Louis, MO. 63137
**City/State/Zip Code**
757-348-8803
**Telephone Number**

## MUNICIPAL DIVISION FILING MEMORANDUM

[X] The above named defendant requests that this case be Certified to the Circuit Court:

    [ ] APPLICATION FOR TRIAL DE NOVO (Rule 37.71, Section 479.200 RSMo.) Date of Judgment _____

    [X] CERTIFICATION FOR JURY TRIAL (Rule 37.61, Section 479.130 RSMo.)

[X] Attached all Original Pleadings, Complaint and/or Information (tickets), and other papers. Transmit all papers with this filing MEMORANDUM. (Please Do Not Forward Filing Folders.)

[X] ATTORNEY INFORMATION:

Stephanie Karr      39593
**Municipal Prosecuting Attorney**    **Bar Number**

Freeman Bosley      29341
**Defendant's Attorney**    **Bar Number**

    [ ] Pro Se

[X] ORDINANCE VIOLATION(S) CHARGED:

    **Description**          **Ordinance #**

    CT. 1 Failure to Register Vechicle    44-387

    CT. 2 Failure to Wear Seat Belt    44-402

    CT. 3 Expired Operators License    44-81

    Please attach extra sheet, if additional violation charged.

[ ] A SEPARATE FILING FEE IS REQUIRED FOR EACH CASE FILED OR INCLUDE AN ORDER BY THE JUDGE CONSOLIDATING ALL CASES.

[ ] COST DEPOSIT: ALL CHECKS OR MONEY ORDERS shall be made PAYABLE to the ST. LOUIS COUNTY CIRCUIT CLERK.

    [ ] $65.00 for TRIAL DE NOVO (Local Rule 69.3)

    [ ] $85.00 for JURY TRIAL (Local Rule 69.1)

    [ ] FEE WAIVER (FORMA PAUPERIS) (Local Rule 69.4)

[X] BOND ENCLOSED:

    [X] Cash Amount $ 700.00    Check No. 21556

    [ ] Property

    [ ] Surety

By MaryAnn Smith    7/5/201?
    **Deputy Clerk**      **Date**

---

### TO BE COMPLETED BY CIRCUIT CLERK AND RETURNED TO MUNICIPAL DIVISION

**Division Assigned**      **Case No.**      FERGUSON V. WATSON 8

CCCM65 6/93      WHITE - File      YELLOW - Municipal Division

Stephanie Karr
Attorney at Law
222 S. FLORISSANT RD.
FERGUSON MO. 63135
1-314-524-5264

July 5, 2013

Clerk of the Circuit Court
St. Louis County Circuit Court
7900 Carondelet Ave.
Clayton Mo. 63105

Re:  City of Ferguson
VS.
Freddie Watson
115  Monteith
St. Louis, MO. 63137

Dear Sir:

    Enclosed please find Municipal Division Filing Memorandum,
Memo for Certification, Certification for Trial, Complaints and
Information.

                    Respectfully Submitted,

                    Stephanie Karr 39593
                    Prosecuting Attorney
                    City of Ferguson

IN THE CURCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI
MUNICIPAL DIVISION
CITY OF FERGUSON

City of Ferguson

    VS

Freddie Watson
115 Monteith
St. Louis, MO. 63137

Demand for Trail by Jury having been made by the defendant herein, this cause
is certified to the Presiding Judge of the Circuit Court, St. Louis County,
Missouri, for further proceeding.

Date: July 5, 2013

_____
Judge

Ferguson Division

Bond:
Surety: ___$700.00___

**KARR-WATSON 10**

Ferguson, Mo. 8/1/12
Date

STATE OF MISSOURI        )
City of Ferguson         )

IN THE MUNICIPAL COURT OF FERGUSON, MISSOURI  CAUSE NO 12-14370

THE CITY OF FERGUSON, PLANTIFF              DOCKET NO. _____

vs

Freddie Watson _____ DEFENDANT

115 montieth _____ ADDRESS

NOW COMES City of Ferguson _____

(ADDRESS) 110 Church _____

And being duly sworn, on oath, and under penalties of perjury complains that on and or about
the 1 day of 8 20 12 at or near 825 Ferguson

within the corporate limits of Ferguson, Missouri, the above named
defendant did then and there unlawfully: Fail to obey an officer -- Watson
refused to provide pedigree information when asked.
Then refused to exit his vehicle when advised he
was under arrest.

_____

_____

In violation of Section _____ of the revised Code of the City of Ferguson, 1998.
The undersigned complainant states the facts herein are true and acknowledges that he/she has
been notified any false statements made herein are punishable by law.

PO Mill M, 890
Complainant

Subscribed and sworn to before me this ____ day of _____ 20 ___

_____
Municipal Judge or Clerk

The undersigned Prosecutor informs the court on information and belief that the above offense
herein charged was committed and the facts that form this belief are contained in the above
statement of facts concerning this matter.

Prosecuting Attorney
Subscribed and sworn to before me this ___ day of _____ 20 ___

_____
Municipal Clerk

**KARR-WATSON 11**

Ferguson, Mo. _8 || &a_
Date

STATE OF MISSOURI        )
City of Ferguson         )

IN THE MUNICIPAL COURT OF FERGUSON, MISSOURI   CAUSE NO. _12-74370_

THE CITY OF FERGUSON, PLAINTIFF          DOCKET NO. _____

vs

_Freddie Watson_ _____ DEFENDANT

_115 Montieth_ _____ ADDRESS

NOW COMES _City of Ferguson_ _____

(ADDRESS) _110 Church_ _____

And being duly sworn, on oath, and under penalties of perjury complains that on and or about the _1_ day of _8_ 20 _12_ at or near _305 Ferguson_ _____

within the corporate limits of Ferguson, Missouri, the above named defendant did then and there unlawfully: _False Statement — Watson_
_gave a false name after advising he did not have_
_his identification on him. He later said his_
_military ID was in the vehicle he tried to_
_secure before being taken into custody._

In violation of Section _____ of the revised Code of the City of Ferguson, 1998.
The undersigned complainant states the facts herein are true and acknowledges that he/she has been notified any false statements made herein are punishable by law.

_____ 590
Complainant

Subscribed and sworn to before me this ___ day of _____ 20 ___

_____
Municipal Judge or Clerk

The undersigned Prosecutor informs the court on information and belief that the above offense herein charged was committed and the facts that form this belief are contained in the above statement of facts concerning this matter.

_____
Prosecuting Attorney

Subscribed and sworn to before me this ___ day of ___ 20 ___

_____
Municipal Clerk

**KARR-WATSON 12**

IF ADDITIONAL SPACE IS NEEDED
USE ANOTHER CONTINUATION FORM CC

| 1. DEPARTMENT REPORTING | F-9 | 2. DEPARTMENT FILE NO. |
|---|---|---|
| **Ferguson Police Department** | CONTINUATION | 12-14370 |

| 3. DATE OF THIS REPORT | DETAILS STOLEN PROPERTY PERSONS WANTED – ARRESTED – VICTIM – WITNESS | 4. |
|---|---|---|
| 08-01-12 | | Page   1   Of   1   Pages |

| 5. VICTIM OR COMPLAINANT | 6. PLACE OF OCCURRENCE |
|---|---|
| City of Ferguson | 825 Ferguson (Forestwood Park) |

On 08/01/12 at 2017hrs while patrolling Forestwood Park, located at 825 Forestwood, I observed a:

Black 2011 Buick 4dr sedan
1g4ge5edxbf279655

idling with the headlights on, no front plate, heavy tinted windows and windshield, backed into a parking space along the tree line. The vehicle was facing the obstacle course where several small children were playing unsupervised. As I approached the vehicles location I could make out a subject moving around inside. It should be noted we have had several car break-ins in the above mentioned location with a black vehicle tinted windows.

I exited my marked patrol vehicle and approached the driver's side door where I made contact with the driver, who identified himself as:

Fred Watson
6'00" 197
1924 W Laura
Pensacola, FL

and advised him of the violations and my observations. I requested his driver's license and proof of insurance to which he advised he did not have his license on him and his insurance card was somewhere in the vehicle he did not know where it was.

Watson became enraged as I attempted to retrieve his pedigree information. He advised he was not doing anything wrong and I had no right to bother him. He said I was violating his 5th Amendment right after I instructed him not to use his cell phone while he was detained for officer safety reasons.

Upon arrival of my assists, PO Todd Mink, DSN486, I instructed Watson to exit the vehicle so I could pat him down for weapons. He refused to exit the vehicle and after the 5th time of instructing him to exit the vehicle he was advised he was under arrest for 'Fail to Obey an Officer' and that if he didn't exit the vehicle he would be tased. He raised his window up and moments later reluctantly exited the vehicle where he was taken into custody and all resisting ceased. After placing him into handcuffs he kicked his driver's door closed in an attempt to lock it as if he were trying to conceal something. The door did not lock and a search incident to arrest revealed his real name was:

Freddie Watson
115 Monteith
St. Louis, MO 63137
5'11" 175lbs

Watson was additional charged with making a 'False Statement'. It should be noted a Rejis computer check of Fred Watson revealed no record of an operator's license through Florida, Illinois, or Missouri.

A REJIS computer check of Freddie Watson revealed an 'Expired Operators License' through Missouri that had not been surrendered to another state.

He was conveyed to the Ferguson PD where he was booked accordingly.

**KARR-WATSON 13**

POLICE DEPARTMENT                    FERGUSON

| Complaint # 12-14370 | Case Status Cleared Arrst | Call Received (Circle) Radio Citizen Station (On View) Phone |
|---|---|---|

Date/Time Received 8/1/12 2017hrs | Dispatch Time 2017hrs | Arrival Time 2017hrs | Unit/Beat F 65 | Cogis 134,0 | District 104

Original Nature Parking Violation | Respond Location | Address: 825 Forestwood Ferguson | Apt/Suite/Room #

Occurrence Details: (Offense) Fail to Obey | Weapon Used/Assault Weapon N/A

Occurred From Time/Date 8/1/12 2017 | Occurred To Time/Date 8/1/12 2020 | Type of Premise Street | Business Name N/A

Method of Entry N/A | Point of Entry | Point of Exit | Tools Used

Visible Point of Entry Y/N N/A | Reporting Officer/DSN | Officer Injured Y/N | Additional Officers/DSN

Other Agency/Personnel | Copies Given To:

Victim Business/Person: Last, First, Middle, Sur. City of Ferguson | Address: (H) N/A (B) 110 Church | Phone: (H) N/A (B) 314 521 7721

Personal Descriptor: Race/Sex/Age N/A | Date of Birth | Place of Birth | Marital Status | Occupation

Injury Info: Victim Conveyed To: N/A | Conveyed By: | Treatment Disposition | Type of Injury

Multiple Victims: Last, First, DOB | Address: (H) (B) | Phone: (H) (B)

Multiple Victims: Last, First, DOB | Address: (H) (B) | Phone: (H) (B)

Witness Info: 01 Reporting Party 02 Person Securing Premise 03 Witness 04 Owner 05 Title Holder 06 Person Discovering 07 Last Person in Possession 08 Guardian 09 Parent 10 Contact Person 11 Police Officer 12 Security Officer 13 See Victim

Code 1,3,11 | Name: Last, First PO Eddie Boyd 590 | Address: (H) N/A (B) 222 S Florissant | Phone: (H) N/A (B) 314 522 3100

Code | Name: Last, First | Address: (H) (B) | Phone: (H) (B)

Vehicle Role: (Circle) 1 Stolen (2 Used) 3 Wanted 4 Held as Evidence 5 Victim's Vehicle 6 Recovered 7 Towed | Year 11 | Make Buick | Model Sedan | Type PC

Style 4dr | Color Black | Plate | Year | State | # Missing Plates

VIN 1G4G05ed X6e27R655 | Value | Reference #: | Tow Address 1903 Chambers | Owner Notified

Vehicle Theft (Circle): Y/N Doors Locked Y/N Ignition Locked | Insurance Company N/A | Vehicle Recovered Location

Y/N Keys Left in Vehicle Y/N Vehicle Insured

| Property Role | Stolen | Damaged | Found | Seized | Recovered | Lost Article |
|---|---|---|---|---|---|---|
| Role | Quantity | Description | Serial # | Model # | Value | Recovered |
| | | N/A | | | | |

Officer's Name/DSN Boyd, 590 | Total | Total

**KARR-WATSON 14**

POLICE DEPARTMENT                    F BACTODON                    Legal Important Offender Accident Report

| Suspect Information: (Circle)   Suspect | Wanted | | Arrested-Summons | Arrested-Booked | Arrested-Released |
|---|---|---|---|---|---|
| | | Juvenile-Released to Parent /Guardian | | Juvenile-Released to Family Court | Fugitive Arrest |
| Caution Codes: (Circle)<br>Armed & Dangerous     Assaults Officer     Alcoholic<br><br>Mental Condition     Medical Condition     Suicidal | | | Charges: (1)<br>Failure to Obey<br>(3)<br>No Operator Lien in poss | (2)<br>Fable Declaration<br>(4)<br>Noproof of insurance<br>Alias: | |
| Last Name:<br>Watson | Jr/Sr | First Name:<br>Freddie | | Middle Name: | |
| Soc | | Marital Status<br>unknown | Resident/<br>Y / N | Race/Gender<br>B / M | |
| Date of Birth<br>10 8 79 | | Birth City/State<br>MO | | Injury: (Description) | |
| Eye/Hair Color<br>Bro / Blk | | How Worn<br>natured | Hgt/Wgt<br>511 / 175 | Physical Description | |
| Clothing Description | | Scars/Marks/Tattoos | | | |
| Address<br>(H)<br>115 monteith | | Phone<br>(H)<br>unknown | | (C) | |
| (B) | | (B) | | | |
| Employer<br>unknown | | Occupation<br>N/d | | School District/ School Nmae | Grade |
| Process Info:  (Circle All That Apply)<br>Miranda Given | | Send Teletype | Applied for Warrant | Released | |
| Emotional State | | Physical State | | Relationship to Victim:<br>unknown | |

| Suspect Information: (Circle)   Suspect | Wanted | | Arrested-Summons | Arrested-Booked | Arrested-Released |
|---|---|---|---|---|---|
| | | Juvenile-Released to Parent /Guardian | | Juvenile-Released to Family Court | Fugitive Arrest |
| Caution Codes: (Circle)<br>Armed & Dangerous     Assaults Officer     Alcoholic<br><br>Mental Condition     Medical Condition     Suicidal | | | Charges: (1)<br><br>(3) | (2)<br><br>(4) | |
| Last Name: | Jr/Sr | First Name: | | Middle Name: | Alias: |
| Social Security | | Marital Status | Resident/<br>Y / N | Race/Gender | |
| Date of Birth | | Birth City/Stafe | | Injury: (Description) | |
| Eye/Hair Color | | How Worn | Hgt/Wgt | Physical Description | |
| Clothing Description | | Scars/Marks/Tattnos | | | |
| Address<br>(H) | | Phone<br>(H) | | (C) | |
| (B) | | (B) | | | |
| Employer | | Occupation | | School District/ School Nmae | Grade |
| Process Info:  (Circle All That Apply)<br>Miranda Given | | Send Teletype | Applied for Warrant | Released | |
| Emotional State | | Physical State | | Relationship to Victim: | |

**KARR-WATSON 15**

**ORI NO. MO 0952800**
**CITY OF FERGUSON**
UNIFORM CITATION

Proof of financial responsibility ☐YES ☐NO

787144

STATE OF MISSOURI
IN THE CIRCUIT COURT OF ST. LOUIS

DIVISION MUNICIPAL
COUNTY

COURT ADDRESS (STREET, CITY, ZIP)
110 CHURCH ST.   FERGUSON, MO 63135   1437 D

COURT DATE – COURT TIME   10:00 ☐AM 6:00 ☐PM   COURT PHONE NO. (314)-524-5264
8/13/12

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

ON/ABOUT (DATE) AT TIME   HWY CLASS   UPON/AT OR NEAR (LOCATION)
8/11/12  2017 HRS   825  Ferguson

WITHIN CITY/COUNTY AND STATE AFORESAID,

NAME (LAST, FIRST, MIDDLE)   Watson, Freddie D
STREET ADDRESS
CITY  St. Louis   STATE Mo   ZIP CODE 63137
DATE OF BIRTH 10/8/79   AGE 32   RACE B   SEX M   HEIGHT 5'11   WEIGHT 175
DRIVER'S LIC NO. G208010016   COL ☐YES ☑NO   STATE MO

LEAVE THIS LINE BLANK

EMPLOYER

ADDRESS (STREET, CITY, STATE, ZIP)

DID UNLAWFULLY ☑OPERATE/DRIVE ☐PARK
V YEAR 2011  MAKE Buick  MODEL Sedan  STYLE 4dr  COLOR Blk
REGISTERED WEIGHT   NUMBER 958MRT   STATE MO   YEAR 2012

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

No proof of insurance

☐ Subject taken into custody. (Complete "For Issuance of a Warrant" section on reverse side.)

DRIVING   POSTED SPEED LIMIT MPH   DETECTION METHOD ☐STATIONARY RADAR ☐MOVING RADAR   ☐WATCH (AIR) ☐WATCH (GROUND)   ☐PACE ☐OTHER
IN VIOLATION OF ☐RSMo ☐ORD   CHARGE CODE   ☐IN FATAL ACCIDENT
SEAT BELT VIOLATION: ☐ORD ☐   CHARGE CODE   ☐IN ACCIDENT ☐DWI/BAC
OFFICER   BADGE 596   TRIP/ZONE 8/1/12

ON INFORMATION, UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY:
☐RSMo ☐ORD
PROSECUTOR SIGNATURE   DATE AUG 2012

I PROMISE TO DISPOSE OF THE CHARGES OF WHICH I AM ACCUSED THROUGH COURT APPEARANCE OR PREPAYMENT OF FINE AND COURT COSTS.   DR. LIC. POSTED ☐YES ☐NO
SIGNATURE X

MO 100-0051 (10-02)

---

**ORI NO. MO 0952800**
**CITY OF FERGUSON**
UNIFORM CITATION

Proof of financial responsibility ☐YES ☐NO

787145

STATE OF MISSOURI
IN THE CIRCUIT COURT OF ST. LOUIS

DIVISION MUNICIPAL
COUNTY

COURT ADDRESS (STREET, CITY, ZIP)
110 CHURCH ST.   FERGUSON, MO 63135   1437 D

COURT DATE – COURT TIME   10:00 ☐AM 6:00 ☐PM   COURT PHONE NO. (314)-524-5264
8/13/12

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

ON/ABOUT (DATE) AT TIME   HWY CLASS   UPON/AT OR NEAR (LOCATION)
8/11/12  2017 HRS   825  Ferguson

WITHIN CITY/COUNTY AND STATE AFORESAID,

NAME (LAST, FIRST, MIDDLE)   Watson, Freddie D
STREET ADDRESS
CITY  St. Louis   STATE MO   ZIP CODE 63137
DATE OF BIRTH 10/8/79   AGE 32   RACE B   SEX M   HEIGHT 5'11   WEIGHT 175
DRIVER'S LIC NO. G208010016   COL ☐YES ☑NO   STATE MO

LEAVE THIS LINE BLANK

EMPLOYER

ADDRESS (STREET, CITY, STATE, ZIP)

DID UNLAWFULLY ☑OPERATE/DRIVE ☐PARK
V YEAR 2011  MAKE Buick  MODEL Sedan  STYLE 4dr  COLOR Blk
REGISTERED WEIGHT   NUMBER 958MRT   STATE MO   YEAR 2012

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

No proof of insurance

☐ Subject taken into custody. (Complete "For Issuance of a Warrant" section on reverse side.)

DRIVING   POSTED SPEED LIMIT MPH   DETECTION METHOD ☐STATIONARY RADAR ☐MOVING RADAR   ☐WATCH (AIR) ☐WATCH (GROUND)   ☐PACE ☐OTHER
IN VIOLATION OF ☐RSMo ☐ORD   CHARGE CODE   ☐IN FATAL ACCIDENT
SEAT BELT VIOLATION: ☐ORD ☐   CHARGE CODE   ☐IN ACCIDENT ☐DWI/BAC
OFFICER   BADGE 596   TRIP/ZONE 8/1/12

ON INFORMATION, UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY:
☐RSMo ☐ORD
PROSECUTOR SIGNATURE   DATE AUG 2012

I PROMISE TO DISPOSE OF THE CHARGES OF WHICH I AM ACCUSED THROUGH COURT APPEARANCE OR PREPAYMENT OF FINE AND COURT COSTS.   DR. LIC. POSTED ☐YES ☐NO
SIGNATURE X

MO 100-0051 (10-02)

**KARR-WATSON 16**

## Citation 

Proof of financial responsibility ☐ YES ☑ NO

**ORI NO. MO 0962800**
**CITY OF FERGUSON**
**UNIFORM CITATION**

111  787146

STATE OF MISSOURI
IN THE CIRCUIT COURT OF **ST. LOUIS**   COUNTY | DIVISION **MUNICIPAL**

COURT ADDRESS (STREET, CITY, ZIP)
110 CHURCH ST.   FERGUSON, MO 63135

COURT DATE   COURT TIME ☐ AM ☐ PM   COURT PHONE NO. (314) 524-5264
CITE DATE - COURT TIME  10:00 ☐ AM ☐ PM   COURT PHONE NO.
                        6:00 ☐ PM

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

ON/ABOUT (DATE)  AT TIME  HRS  (☐ HWY CLASS ☐ UPON/AT OR NEAR LOCATION)

WITHIN CITY/COUNTY AND STATE AFORESAID.

NAME (LAST, FIRST, MIDDLE)  Watson, Freddie D

STREET ADDRESS  115 Monteith

CITY  St. Louis   STATE  MO   ZIP CODE  63137

DATE OF BIRTH  RACE B  SEX M   HEIGHT  WEIGHT

DRIVER'S LIC. NO.  COL ☐ YES ☐ NO   STATE MO

LEAVE THIS LINE BLANK

EMPLOYER

ADDRESS (STREET, CITY, STATE, ZIP)

DID UNLAWFULLY ☐ OPERATE/DRIVE ☐ PARK   ☐ C.M.V.  ☐ WITH HAZ-MAT

YEAR 2011  MAKE Buick  MODEL Sedan  STYLE  COLOR Blk
LICENSE NUMBER  STATE FL  YEAR 2012

REGISTERED WEIGHT

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE, THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

Subject taken into custody. (Complete "Pro Issuance of a Warrant" section on reverse side.)

DRIVING  MPH   POSTED SPEED LIMIT  MPH   DETECTION METHOD
☐ STATIONARY RADAR  ☐ WATCH (AIR)  ☐ PACE
☐ MOVING RADAR  ☐ WATCH (GROUND)  ☐ OTHER

IN VIOLATION OF  ☐ RSMo ☐ ORD   CHARGE CODE   ☐ IN FATAL ACCIDENT
☐ IN ACCIDENT

SEAT BELT VIOLATION: ☐ ORD   CHARGE CODE   ☐ DWI/BAC

OFFICER  BADGE 590  TRIP/ZONE  DATE 8/11/12

ON INFORMATION, UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY:

PROSECUTOR'S SIGNATURE

SIGNATURE   DR. LIC. ☐ TESTED ☐ REFUSED ☐ YES ☐ NO

I PROMISE TO DISPOSE OF THE CHARGES OF WHICH I AM ACCUSED THROUGH COURT APPEARANCE OR PAYMENT OF FINE AND COURT COSTS.  DATE

MO 100-0051 (10-02)

**KARR-WATSON 17**

---

## Citation (bottom, duplicate)

Proof of financial responsibility ☐ YES ☑ NO

**ORI NO. MO 0962800**
**CITY OF FERGUSON**
**UNIFORM CITATION**

111  787147

STATE OF MISSOURI
IN THE CIRCUIT COURT OF **ST. LOUIS**   COUNTY | DIVISION **MUNICIPAL**

COURT ADDRESS (STREET, CITY, ZIP)
110 CHURCH ST.   FERGUSON, MO 63135

COURT DATE   COURT TIME ☐ AM ☐ PM   COURT PHONE NO. (314) 524-5264
                        6:00

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

ON/ABOUT (DATE)  AT TIME  HRS  (☐ HWY CLASS ☐ UPON/AT OR NEAR LOCATION)

WITHIN CITY/COUNTY AND STATE AFORESAID.

NAME (LAST, FIRST, MIDDLE)  Watson, Freddie D

STREET ADDRESS  115 Monteith

CITY  St. Louis   STATE  MO   ZIP CODE  63137

DATE OF BIRTH  RACE B  SEX M   HEIGHT  WEIGHT

DRIVER'S LIC. NO.  COL ☐ YES ☐ NO   STATE MO

LEAVE THIS LINE BLANK

EMPLOYER

ADDRESS (STREET, CITY, STATE, ZIP)

DID UNLAWFULLY ☐ OPERATE/DRIVE ☐ PARK   ☐ C.M.V.  ☐ WITH HAZ-MAT

YEAR 2011  MAKE Buick  MODEL Sedan  STYLE  COLOR Blk
LICENSE NUMBER  STATE FL  YEAR 2012

REGISTERED WEIGHT

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE, THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

Subject taken into custody. (Complete "Pro Issuance of a Warrant" section on reverse side.)

DRIVING  MPH   POSTED SPEED LIMIT  MPH   DETECTION METHOD
☐ STATIONARY RADAR  ☐ WATCH (AIR)  ☐ PACE
☐ MOVING RADAR  ☐ WATCH (GROUND)  ☐ OTHER

IN VIOLATION OF  ☐ RSMo ☐ ORD   CHARGE CODE   ☐ IN FATAL ACCIDENT
☐ IN ACCIDENT

SEAT BELT VIOLATION: ☐ ORD   CHARGE CODE   ☐ DWI/BAC

OFFICER  BADGE  TRIP/ZONE  DATE 8/11/12

ON INFORMATION, UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY:

PROSECUTOR'S SIGNATURE

SIGNATURE   DR. LIC. ☐ TESTED ☐ REFUSED ☐ YES ☐ NO

I PROMISE TO DISPOSE OF THE CHARGES OF WHICH I AM ACCUSED THROUGH COURT APPEARANCE OR PAYMENT OF FINE AND COURT COSTS.

MO 100-0051 (10-02)

**KARR-WATSON 18**

---

ORI NO. MO 0952800

CITY OF FERGUSON — UNIFORM CITATION

111  787149

Proof of financial responsibility ☐ YES ☐ NO

DIVISION: MUNICIPAL
COUNTY: ST. LOUIS

STATE OF MISSOURI
IN THE CIRCUIT COURT OF ST. LOUIS
COURT ADDRESS (STREET, CITY, ZIP)
110 CHURCH ST.  FERGUSON, MO 63135
COURT PHONE NO. (314) 524-5264

COURT DATE / COURT TIME: 10:00 ☐ AM / 6:00 ☐ PM

1, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

NAME (LAST, FIRST, MIDDLE)

LEAVE THIS LINE BLANK

DID UNLAWFULLY ☑ OPERATE/DRIVE ☐ PARK

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

☑ Subject taken into custody. (Complete "For Issuance of a Warrant" section on reverse side.)

MO 100-0051 (10-02)

---

ORI NO. MO 0952800

CITY OF FERGUSON — UNIFORM CITATION

111  787150

Proof of financial responsibility ☐ YES ☐ NO

MO 100-0051 (10-02)



**KARR-WATSON 19**