# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FRED WATSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:17-cv-2187 JCH |
| | ) |
| v. | ) |
| | ) |
| CITY OF FERGUSON, MISSOURI, et al. | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL SUBMISSION IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

COME NOW Defendant City of Ferguson and Defendant Officer Eddie Boyd (collectively, "Defendants"), by and through their undersigned counsel, and hereby move to supplement their Joint Motion for Summary Judgment to include a recent 8th Circuit decision, *McDaniel vs. Neal*, 2022 WL 3350603, No. 21-2467 (8th Cir. August 15, 2022) attached hereto as Exhibit A for this Court's consideration, which supports Defendant Officer Boyd's application for qualified immunity.

Dated: August 30, 2022          Respectfully submitted,

                                **LEWIS RICE LLC**

                                By: */s/ Ronald A. Norwood*
                                     Ronald A. Norwood, #33841MO
                                     Aarnarian D. Carey, #58286MO
                                     Jacqueline K. Graves, #64875MO
                                     600 Washington Ave., Suite 2500
                                     St. Louis, Missouri  63101
                                     (314) 444-7759 (Telephone)
                                     (314) 612-7759 (Facsimile)
                                     rnorwood@lewisrice.com
                                     acarey@lewisrice.com
                                     jgraves@lewisrice.com

                                *Attorneys for Defendant City of Ferguson*

                       By:  /s/  John M. Reeves
                            John M. Reeves, #59634MO
                            7733 Forsyth Blvd.,
                               Suite 1100--#1192
                            St. Louis, MO 63105
                            314-775-6985
                            reeves@reeveslawstl.com

*Attorney for Defendant Eddie Boyd, III*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 30th day of August, 2022, a true copy hereof was electronically filed with the Clerk of the Court using the CM/ECF system, to be served by operation of the Court's electronic filing system on all counsel of record.

                                      /s/ Ronald A. Norwood