# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| FRED WATSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17CV2187 JCH |
| CITY OF FERGUSON, MISSOURI, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants' Joint Motion for Summary Judgment is **GRANTED**, and Plaintiff's First Amended Complaint is **DISMISSED** with prejudice.

Dated this 26th Day of September, 2022.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE