**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| FRED WATSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:17-cv-2187 JCH |
| ) | |
| v. ) | |
| ) | |
| CITY OF FERGUSON, MISSOURI, et al. ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO COURT'S ORDER**

Plaintiff and Defendants write in Response to this Court's Order of September 27, 2022 (ECF No. 216), asking the parties to indicate in whether they believe the Court's September 26, 2022 Memorandum and Order (ECF No. 214) should remain under seal. After conferring, all parties believe that there is no reason that the Memorandum need remain under seal.

Dated: September 29, 2022                                          Respectfully submitted,

                                                                        **ARCHCITY DEFENDERS, INC.**

                                                                         By:/s/ *John M. Waldron*
                                                                         Blake A. Strode (MBE #68422MO)
                                                                         John M. Waldron (MBE #70401MO)
                                                                         440 N. 4th Street, Suite 390
                                                                         Saint Louis, MO 63102
                                                                         855-724-2489 ext. 1012
                                                                         314-925-1307 (fax)
                                                                         bstrode@archcitydefenders.org
                                                                         jwaldron@archcitydefenders.org

                                                                         *Attorneys for Plaintiff*

**LEWIS RICE LLC**

By: */s/ Ronald A. Norwood*
 Ronald A. Norwood, #33841MO
 Aarnarian D. Carey, #58286MO
 Jacqueline K. Graves, #64875MO
 600 Washington Ave., Suite 2500
 St. Louis, Missouri  63101
 (314) 444-7759 (Telephone)
 (314) 612-7759 (Facsimile)
 rnorwood@lewisrice.com
 acarey@lewisrice.com
 jgraves@lewisrice.com

 *Attorneys for Defendant City of Ferguson*

By: */s/ John M. Reeves*
 John M. Reeves, #59634MO
 REEVES LAW, LLC
 7733 Forsyth Blvd., Suite 1100 – $1192
 St. Louis, MO 63105
 (314) 775-6985
 reeves@reeveslawstl.com

 *Attorney for Defendant Eddie Boyd III*

2