# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FRED WATSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EDDIE BOYD, III, *et al.*, )<br>)<br>Defendants. ) | Case No. 4:17-cv-02187-MTS |

## ORDER

**IT IS HEREBY ORDERED** that Defendants' unopposed Motion to Continue, Doc. [243], is **GRANTED**. The trial set in this matter for September 08, 2025, is **RESET** to **February 02, 2026**, at **9:00 a.m.**, and the final pretrial conference is **RESET** to **January 27, 2026**, at **1:30 p.m.**

Dated this 13th day of June 2025.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE