# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:** Clerk, U.S. District Court, Eastern District of Missouri

**FROM:** Susan E. Bindler, Clerk of Court

**DATE:** October 07, 2025

**RE:** 22-3233  Fred Watson v. Eddie Boyd, III, et al

District Court/Agency Case Number(s):   4:17-cv-02187-JCH

---

   Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


AMT

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 6, 2025

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

Re: Officer Eddie Boyd, III, et al.
v. Fred Watson
No. 24-998
(Your No. 22-3233)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of respondent for leave to file a brief in opposition under seal with redacted copies for the public record is granted. The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk