# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| FRED WATSON | ) | | |
| | ) | No. | 4:17-cv-2187 |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| EDDIE BOYD, ET AL. | ) | | |
| | ) | | |
| Defendant. | ) | | |

## PLAINTIFFS' PROPOSED DEPOSITION DESIGNATIONS

Plaintiffs submit the following list of deposition designations in advance of the February 2, 2026 trial setting.

i. Robin Daniels

Plaintiff designates the following portions of Robin Daniels' deposition taken on January 7, 2019:

| FROM | TO |
|---|---|
| 7:6 | 15:16 |
| 15:17 | 18:4 |
| 23:1 | 23:8 |
| 26:19 | 27:15 |
| 45:22 | 46:15 |

ii. Todd Mink

Plaintiff designates the following portions of Todd Mink's deposition taken on January 4, 2019:

| FROM | TO |
|---|---|
| 8:24 | 10:23 |
| 58:17 | 59:2 |
| 70:4 | 72:18 |
| 75:20 | 78:18 |

iii. Gregory Casem

Plaintiff designates the following portions of Gregory Casem's deposition taken on January 7, 2019:

| FROM | TO |
|---|---|
| 10:7 | 12:15 |
| 29:1 | 32:4 |
| 35:14 | 35:22 |
| 45:7 | 45:20 |
| 62:7 | 64:3 |

    iv. Richard Henk

Plaintiff designates the following portions of Richard J. Henke's deposition taken May 7, 2019.

| FROM | TO |
|---|---|
| 9:18 | 13:10 |
| 14:1 | 15:20 |
| 20:19 | 25:21 |
| 40:24 | 41:24 |
| 48:14 | 49:25 |
| 50:7 | 51:8 |
| 52:23 | 53:14 |
| 79:25 | 81:5 |
| 83: 3 | 83:16 |
| 90:6 | 90:15 |
| 98:17 | 99:23 |
| 140:18 | 141:9 |
| 156:4 | 156:22 |
| 173:1 | 176:21 |
| 187:6 | 189:21 |
| 201:15 | 204:2 |
| 212: 3 | 213:10 |
| 214:20 | 214:25 |
| 224:16 | 225:1 |
| 235:8 | 236:20 |
| 237:17 | 238:15 |

    v. Christine Lansfersieck as the 30(b)(6) designee of the City of Ferguson

| FROM | TO |
|---|---|
| 37:15 | 39:19 |
| 45:18 | 51:11 |

| | |
|---|---|
| 90:12 | 90:21 |
| 95:19 | 97:9 |
| 54:21 | 55:21 |
| 77:24 | 78:16 |
| 105:1 | 105:6 |
| 201:9 | 226:1 |

January 6, 2026                                        Respectfully submitted,

**ArchCity Defenders**

By: /s/ *Maureen Hanlon*
Maureen Hanlon (#70990MO)
5939 Goodfellow Blvd
St. Louis, MO 63147
855-724-2489 ext. 1012
314-925-1307 (fax)
mhanlon@archcitydefenders.org
Attorney for Plaintiff

**New York University School of Law Federal Appellate Clinic**

By: /s/ *Daniel S. Harawa*
Daniel S. Harawa (#71747MO)
245 Sullivan Street, Fifth Floor
New York, NY 10012
Telephone: (212) 998-6420
Facsimile: (212) 995-4031
E-mail: Daniel.Harawa@nyu.edu
*Attorney for Plaintiff*