# Tab 1

# LEWIS RICE LLC

Taylor J. Essner

tessner@lewisrice.com
314.444.7825 *(direct)*
314.612.7825 *(fax)*

Attorneys at Law

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101

www.lewisrice.com

January 10, 2019

**VIA ELECTRONIC MAIL to CRT.FOIArequests@usdoj.gov**

Tink Cooper, Acting Chief
FOIA/PA Branch
Civil Rights Division
Department of Justice
BICN Bldg., Room 3234
950 Pennsylvania Avenue, NW
Washington, DC 20530

Re:   Freedom of Information Act Request

Dear Acting Chief Cooper:

By this letter, pursuant to the Freedom of Information Act, 5 U.S.C. § 552, I request that the Civil Rights Division of the United States Department of Justice produce copies of the following records:

All documents, records, data, and other materials obtained, created, or relied upon by the Department of Justice, Civil Rights Division to make the findings stated in the following sections of the Investigation of the Ferguson Police Department report published by the Department of Justice, Civil Rights Division on March 4, 2015 ("the Report"):
- Section I, subsections titled Focus on Generating Revenue, Police Practices, and Municipal Court Practices;
- Section II;
- Section III;
- Section IV, subsections A.1. (all) A.2. (all) A.3. (subsections c. and f. only); subsection B.1. (introduction and subsection a. only); subsections C.1 (subsections a.i., a.ii., and a.iii only) and C.2. (subsections b. and c. only); subsections D.1. and D.3.

These sections are found on pages 2-86 of the Report, a copy of which are enclosed herewith.

The requested information is not intended for commercial use and is not requested by a news representative. I will remit payment for any applicable fees and copying charges upon receipt of the above-requested information.

Established 1909

FERG-WAT 001898

## LEWIS RICE LLC

January 10, 2019
Page 2

    I request that the records be furnished on or before January 31, 2019, in order to comply with the discovery cut-off date of February 1, 2019 in pending litigation. To the extent the Department of Justice does not produce any documents at all in response to this request because no such documents exist, because of certain objections to this request, or because of any other reason, please state, in writing, on or before January 31, 2019, that no documents have been produced in response to this request.

    Thank you for your attention to this request. If you need any additional information, please do not hesitate to contact me.

Very truly yours,

Taylor J. Essner

TJE

Enclosure

FERG-WAT 001899