# Tab 2



U.S. Department of Justice
Civil Rights Division

NDH:ANF:RG3
19-00092-F

*Freedom of Information/Privacy Acts Branch - PHB*
*950 Pennsylvania Ave., NW*
*Washington, DC 20530*

2/15/2019

<u>*Via Electronic Mail Only*</u>
Mr. Taylor J. Essner
600 Washington Avenue
St. Louis, MO 63101
TEssner@lewisrice.com

Dear Mr. Essner:

 This is in further response to your January 10, 2019 Freedom of Information Act request seeking access to all documents, records, data, and other materials obtained, created, or relied upon by the United States Department of Justice, Civil Rights Division to make the findings stated in the Ferguson Police Department Report.

 The records you have requested pertain to an ongoing law enforcement proceeding.  The Civil Rights Division of the United States Department of Justice opened its investigation of the Ferguson Police Department ("FPD") on September 4, 2014. This investigation was initiated under the pattern-or-practice provision of the Violent Crime Control and Law Enforcement Act of 1994, 42 U.S.C. § 14141, the Omnibus Crime Control and Safe Streets Act of 1968, 42 U.S.C. § 3789d ("Safe Streets Act"), and Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d ("Title VI").   This investigation has revealed a pattern or practice of unlawful conduct within the Ferguson Police Department that violates the First, Fourth, and Fourteenth Amendments to the United States Constitution, and federal statutory law.   This finding represents the initial stage of the Civil Rights Division's law enforcement proceeding and not the completion of the active matter.

 After consideration of the responsive records, I have determined that access to the documents should be denied pursuant to 5 U.S.C. §552(b)(7)(A), since disclosure thereof could reasonably be expected to interfere with law enforcement proceedings.  I have further determined that certain information within these records that is exempt from disclosure pursuant to 5 U.S.C.§552(b)(7)(A) should also be denied pursuant to 5 U.S.C. §552(b)(5), since the records consist of attorney work product and include intra-agency memoranda containing pre-decisional, deliberative material; and 5 U.S.C. §552(b)(7)(C) since disclosure of information contained in these records could reasonably be expected to constitute an unwarranted invasion of personal privacy.

FERG-WAT 001896

You may resubmit your request once the Justice Department has closed this matter and there is no potential for jeopardizing the currently active enforcement action. This office will be glad to re-evaluate your request and provide you with copies of any documents that may be released to you under the Freedom of Information Act at that time.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

*Tink Cooper*

Tink Cooper, Acting Chief
Freedom of Information/Privacy Acts Branch
Civil Rights Division

FERG-WAT 001897