# Tab 2

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF MISSOURI
 3                     EASTERN DIVISION
 4
 5
 6
 7      FRED WATSON,
 8          Plaintiff,
 9
10          vs.           Case No.  4:17-CV-2187
11
12      CITY OF FERGUSON,
13      MISSOURI, et al.,
14          Defendants.
15
16
17
18           DEPOSITION OF FRED WATSON
19         Taken on behalf of the Defendants
20                  August 16, 2018
21
22
23
24
25
```

Page 183

```
 1  have mentioned it.
 2       Q.    And if you did mention it for
 3  whatever reason they didn't put it in the DOJ
 4  report.
 5       A.    Yes.
 6       Q.    Is that right?
 7       A.    I don't know what they put in or why
 8  they would take certain things out.
 9       Q.    I'm not asking you why.  You read
10  that blurb regarding your case.
11       A.    I did read it.
12       Q.    And you know it doesn't reference
13  $2,000, right?
14       A.    That's correct.
15       Q.    And you don't know why they wouldn't
16  have referenced the $2,000, if you told them.
17       A.    That's correct.
18       Q.    Okay.  Now, you are claiming certain
19  damages in this case, what damages are you seeking
20  to recover against Mr. Boyd and the city of
21  Ferguson?
22       A.    So I don't understand this question.
23       Q.    Well, you're seeking to recover money
24  against my client and Mr. Boyd, correct?
25       A.    Okay.
```

Page 184

1    Q.    And you've alleged in your lawsuit
2  that you've lost your job, you lost your home, you
3  were homeless, that sort of thing, and I'm trying
4  to figure out what you are seeking to recover
5  against my client.
6    A.    Whatever the law sees fit for this
7  situation.
8    Q.    And that would include loss of
9  income, right?
10    A.    Whatever -- I mean for me, so I'm not
11  a lawyer, whatever the law or the lawyers see fit
12  on that side.
13    Q.    Okay.  Let me hand you what's been
14  marked as Ferguson Exhibit No. 1.  And for the
15  record that is a copy of the complaint filed by
16  your current lawyers on your behalf on  --
17         MR. WALDRON:  Do you have a copy for
18  me or no?
19         MS. GRAVES:  I'm getting it.
20    Q.    (BY MR. NORWOOD)  Complaint filed on
21  July 31, 2017.
22         MR. WALDRON:  Are these pre-marked
23  exhibits?  Is there a chance after the deposition
24  you can send us a pdf?
25         MS. GRAVES:  I don't know they're

Page 375

1     REPORTER CERTIFICATE

2

3     I, SUZANNE BENOIST, Certified Shorthand

4  Reporter, do hereby certify that there came before

5  me at the law firm of Lewis Rice, 600 Washington,

6  St. Louis, MO  63101, the above-referenced parties,

7  that the proceeding was translated and proofread

8  using computer-aided transcription, and the above

9  transcript of proceedings is a true and accurate

10 transcript of my notes as taken at the time of said

11 event.

12     I further certify that I am neither

13 attorney nor counsel for nor related nor employed

14 by any of the parties to the action in which this

15 examination is taken; further, that I am not a

16 relative or employee of any attorney or counsel

17 employed by the parties hereto or financially

18 interested in this action.

19     Dated this 23rd day of August, 2018.

20 

21

22     Ms. Suzanne Benoist, RPR, CCR-MO,

23     CCR-KS, CSR-IL

24

25